UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:14-cv-24842-FAM

---

FABRIZIO DULCETTI NEVES,

Appellant

v.

MARKWOOD INVESTMENTS LTD and GOLDEN DAWN CORPORATION,

Appellees.

---

Appeal from the United States Bankruptcy Court for the Southern District of Florida
Bankruptcy Case No. 10-AP-02122-LMI

---

APPENDIX TO APPELLANT, FABRIZIO DULCETTI NEVES' INITIAL BRIEF AND REPLY BRIEF

---

Joanne Gelfand
Florida Bar No. 515965
Michael B. Chavies
Florida Bar No. 191254
Brian P. Miller
Florida Bar No. 980633
Ilana Tabacinic
Florida Bar No. 57597
**Akerman LLP**
One Southeast Third Avenue
25th Floor
Miami, Florida 33131-1714
Phone: (305) 374-5600
Fax: (305) 374-5095
joanne.gelfand@akerman.com
michael.chavies@akerman.com
brian.miller@akerman.cmom
ilana.tabacinic@akerman.com
*Attorneys for Appellant Fabrizio Dulcetti Neves*

{30414096;1}

| APP. NO. | ECF NO. | TITLE OF COURT PAPER ON DOCKET |
|---|---|---|
| A-1 | 36 | Expedited Motion to Compel Responses by Plaintiffs to Certain Specified Discovery Requests Filed by Defendant Fabrizio Dulcetti Neves, Counter-Claimant Fabrizio Dulcetti Neves. |
| A-2 | 58 | Transcript of 3/30/2010 Hearing (Re: 36 Expedited Motion to Compel Responses by Plaintiffs to Certain Specified Discovery Requests Filed by Defendant Fabrizio Dulcetti Neves, Counter-Claimant Fabrizio Dulcetti Neves). |
| A-3 | 419 | Amended Complaint by Golden Dawn Corporation, Markwood Investments Ltd. against Fabrizio Dulcetti Neves. Complaint Amended to State Interest Due. (RE: 1 Adversary case 10-02122. Complaint by Golden Dawn Corporation, Markwood Investments Ltd. against Fabrizio Dulcetti Neves. Nature of Suit:, filed by Counter-Defendant Golden Dawn Corporation, Plaintiff Golden Dawn Corporation, Counter-Defendant Markwood Investments Ltd., Plaintiff Markwood Investments Ltd.). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F). **("Fourth Amended Complaint").** |
| A-4 | 511 | Answer, Affirmative Defenses and Demand for Jury Trial to Fourth Amended Complaint filed by Fabrizio Dulcetti Neves. |
| A-5 | 631 | Memorandum of Law in Opposition to (599 Motion For Sanctions Against Fabrizio Neves filed by Counter-Defendant Golden Dawn Corporation, Plaintiff Golden Dawn Corporation, Counter-Defendant Markwood Investments Ltd., Plaintiff Markwood Investments Ltd.) (Defendant's Memorandum of Law in Opposition) Filed by Defendant Fabrizio Dulcetti Neves (Attachments: # 1 Exhibit A-E # 2 Exhibit F-I). |

| APP. NO. | ECF NO. | TITLE OF COURT PAPER ON DOCKET |
|---|---|---|
| A-6 | 726 | Motion for Protective Order Filed by Plaintiffs Golden Dawn Corporation, Markwood Investments Ltd. |
| A-7 | 738 | Memorandum of Law in Opposition to (726 Motion for Protective Order filed by Counter-Defendant Golden Dawn Corporation, Plaintiff Golden Dawn Corporation, Counter-Defendant Markwood Investments Ltd., Plaintiff Markwood Investments Ltd.) Filed by Defendant Fabrizio Dulcetti Neves (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C). |
| A-8 | 743 | Transcript of 10/28/2013 Hearing. (Re: 726 Motion for Protective Order Filed by Plaintiffs Golden Dawn Corporation, Markwood Investments Ltd. (Attachments: # 1 Exhibit 1), 734 Motion for Protective Order regarding Deposition of Fabrizio Neves Filed by Defendant Fabrizio Dulcetti Neves). |
| A-9 | 753 | Notice of Filing Notice in Anticipation of Status Conference and in Supplement and Further Support of, Filed by Defendant Fabrizio Dulcetti Neves (Re: 734 Motion for Protective Order regarding Deposition of Fabrizio Neves Filed by Defendant Fabrizio Dulcetti Neves filed by Counter-Claimant Fabrizio Dulcetti Neves, Defendant Fabrizio Dulcetti Neves). (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E"). |
| A-10 | 782 | Response to (754 Notice of Filing filed by Counter-Defendant Golden Dawn Corporation, Plaintiff Golden Dawn Corporation, Counter-Defendant Markwood Investments Ltd., Plaintiff Markwood Investments Ltd.) Filed by Defendant Fabrizio Dulcetti Neves (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E" # 6 Exhibit "F" # 7 Exhibit "G" # 8 Exhibit "H"). |

AKERMAN LLP, ONE SOUTHEAST THIRD AVENUE, 25TH FLOOR, MIAMI, FL 33131-1714

| APP. NO. | ECF NO. | TITLE OF COURT PAPER ON DOCKET |
|---|---|---|
| A-11 | 812 | Transcript of 12/10/2013 Hearing (Re: 767 Re-Notice of Status Conference scheduled for 12/10/2013 at 02:00 PM at 51 SW First Ave Room 1409, Miami.). Redaction Request Due By 01/6/2014. Statement of Personal Data Identifier Redaction Request Due by 01/21/2014. Redacted Transcript Due by 01/30/2014. Transcript access will be restricted through 03/31/2014. |
| A-12 | 822 | Order Granting Plaintiff's Motion to Extend Discovery Cut-Off by 30 Days [ECF 775]. |
| A-13 | 827 | Order Granting-in-part-Denying-in-part Motion For Protective Order (Re: # 726). |
| A-14 | 831 | Motion to permit trial testimony by contemporaneous transmission and for Court's assistance Filed by Plaintiffs Golden Dawn Corporation, Markwood Investments Ltd. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2). |
| A-15 | 844 | Notice of Filing Supplement to Motion to permit trial testimony by contemporaneous transmission, Filed by Plaintiffs Golden Dawn Corporation, Markwood Investments Ltd. (Re: 831 Motion to permit trial testimony by contemporaneous transmission and for Court's assistance Filed by Plaintiffs Golden Dawn Corporation, Markwood Investments Ltd. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) filed by Counter-Defendant Golden Dawn Corporation, Plaintiff Golden Dawn Corporation, Counter-Defendant Markwood Investments Ltd., Plaintiff Markwood Investments Ltd.). |
| A-16 | 851 | Motion to Compel Production Of Documents And Complete Responses To Defendant's Interrogatories Served On December 2, 2013 And Consistent Responses To Discovery Requests Served On December 2, 2013 Regarding "Bait Transaction" Filed by Defendant Fabrizio Dulcetti Neves. |

| APP. NO. | ECF NO. | **TITLE OF COURT PAPER ON DOCKET** |
|---|---|---|
| A-17 | 860 | Motion to Reconsider (Re: 827 Order on Motion for Protective Order) Filed by Defendant Fabrizio Dulcetti Neves. |
| A-18 | 875 | Order Denying Motion To Reconsider Order Granting-in-part-Denying-in-part Motion For Protective Order # 860. |
| A-19 | 883 | Transcript of 1/29/2014 Hearing Re: Motion to Permit Trial Testimony by Contemporaneous Transmission and for Court's Assistance [831]; Supplement to Motion [844] and Ruling [860]. |
| A-20 | 997 | Joint Pretrial Order. |
| A-21 | 1014 | Memorandum Opinion on Trial. |
| A-22 | 1022 | Final Judgment. |
| A-23 | 1027 | Notice of Appeal and Election to Appeal Filed by Defendant Fabrizio Dulcetti Neves (Re: 827 Order Granting-in-part-Denying-in-part Motion For Protective Order (Re: 726), 875 Order Denying Motion To Reconsider Order Granting-in-part-Denying-in-part Motion For Protective Order 860). [Fee Amount $298] (Gelfand, Joanne) Appellant Designation due 12/31/2014. (Entered: 12/17/2014) |

- 6 -

| **APP. NO.** | **ECF NO.** | **TITLE OF COURT PAPER ON DOCKET** |
|---|---|---|
| A-24 | 1083 | Transcript of 1/27/2014 Hearing. [Transcript will be restricted for a period of 90 days.] (Re: 851 Motion to Compel Production Of Documents And Complete Responses To Defedant's Interrogatories Served On December 2, 2013 And Consistent Responses To Discovery Requests Served On December 2, 2013 Regarding "Bait Transaction" Filed by Defendant Fabrizio Dulcetti Neves, 860 Motion to Reconsider (Re: 827 Order on Motion for Protective Order) Filed by Defendant Fabrizio Dulcetti Neves). Redaction Request Due By 01/20/2015. Statement of Personal Data Identifier Redaction Request Due by 02/2/2015. Redacted Transcript Due by 02/12/2015. Transcript access will be restricted through 04/13/2015. |

Respectfully submitted,

**AKERMAN LLP**
One Southeast Third Avenue
25th Floor
Miami, Florida 33131-1714
Phone: (305) 374-5600
Fax: (305) 374-5095

By: /s/ *Joanne Gelfand*
    Joanne Gelfand, Florida Bar No. 515965
    E-mail: joanne.gelfand@akerman.com
    Michael B. Chavies, Florida Bar No. 191254
    E-mail: michael.chavies@akerman.com
    Brian P. Miller, Florida Bar No. 980633
    E-mail: brian.miller@akerman.com
    Ilana Tabacinic, Florida Bar No. 57597
    E-mail: ilana.tabacinic@akerman.com

*Attorneys for Appellant Fabrizio Dulcetti Neves*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ *Joanne Gelfand*
Joanne Gelfand